IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                      ORDER

This Document Relates To:

03-3301 VRW
_____/

      On September 19, 2005, defendants UAL Corporation and United Airlines, Inc (the "United defendants"), filed a notice of stipulation of partial lifting of a bankruptcy stay in order to allow this action to proceed to judgment.  Doc #30.  Also on September 19, 2005, the United defendants filed a motion for administrative relief and request for issuance of an order to show cause why United should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW, Doc #151).  Doc #35.  Plaintiffs filed an opposition on October 12, 2005.  Doc #36.  It being clear that any response to an order to show cause would not articulate any arguments that have not already been advanced in plaintiffs' opposition, for the

reasons announced in the court's order of March 11, 2005, all claims against the United defendants are **DISMISSED WITH PREJUDICE**. The clerk is directed to **ENTER JUDGMENT** in favor of the United defendants.

The United defendants are the only named defendants in this action; the other 50 defendants are unidentified DOE defendants. Accordingly, the remaining unnamed defendants are **DISMISSED WITHOUT PREJUDICE**. The clerk is **DIRECTED** to close the file and terminate all motions.

SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge