LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
3/28/08

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

MDL Docket No. 04-1606 VRW

This Document Relates to:

**STIPULATION OF DISMISSAL**

*McBride v. United Airlines, Inc.;*
Case No. C03 3301 VRW

_____/

  IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December 31, 2007

_____
Robert McBride

-1-
STIPULATION TO DISMISSAL

Dated: ~~December~~ 2/19/08, 2007

O'REILLY & DANKO

By /s/ Michael S. Danko
Michael S. Danko
Attorneys for Plaintiff McBride

Dated: ~~December~~ March 19, 2008, ~~2007~~

CODDINGTON, HICKS & DANFORTH

By /s/ Richard G. Grotch
Richard G. Grotch
Attys. for United Airlines, Inc. and
UAL Corporation

LAW OFFICES OF
O'REILLY & DANKO
PROFESSIONAL CORPORATION
O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL